U.S. DISTRICT COURT

DISTRICT OF RHODE ISLAND

RECEIVED
JAN 18 2023
U.S. DISTRICT COURT
DISTRICT OF R.I.

1:22-cv-00319-WES-LDA

**ANTHONY LIPSCOMB**
    Plaintiff,

V.

**STATE OF RHODE ISLAND, ET AL.**
    Defendants.

## RECONSIDERATION OF THE DENIAL TO PROCEED IN-FORMA-PAUPERIS

**1.** The plaintiff, Anthony Lipscomb, "plaintiff", filed a civil rights complaint against the state of Rhode Island and its agencies while requesting to be granted in-forma pauperis status.

**2.** The magistrate judge recommended a denial and conditional dismissal which the judge granted with a 30 day response and filing time-frame.

**3.** The plaintiff was unaware of this decision until contacting the clerks office On or about January 3, 2023 for a status report being that the only court document received was the report and recommendation.

U.S. DISTRICT COURT

DISTRICT OF RHODE ISLAND

**4.** A copy was mailed and received on or about January 6, 2023 of the judges denial of the request with a 30 day financing and filing time-frame.

**5.** Due to this mailing delay the plaintiff ask the court to accept this filing and reconsider the request to proceed in forma pauperis due to the plaintiffs new circumstances from the October decision.

**6.** Since the decision the plaintiff has been out of work from the part time position held as a financial benefits decision has not been made. Savings have depleted greatly in three months while expenses has remained steady along with inflation of daily necessities. The total amount and financial needs of this serious case is unknown to the plaintiff and the initial $400.00 to initiate is currently burdensome.

**7.** The plaintiff wishes no further delay in this serious matter and the filing requirements will only continue to do so.  The three months from October 19, 2022 that it took to receive the order was burdensome enough due to the seriousness of the allegations and the defendant's fluid actions. (ticketing, etc.)

**8.** For the above stated reasons, delay in Order disclosure, unemployment without benefits and depleting funds, the plaintiff requests that the case be

# U.S. DISTRICT COURT

# DISTRICT OF RHODE ISLAND

revived and in-forma pauperis granted that summons and complaint may be forwarded and allegations answered to. (See Attached document of additional financial responsibility)

Anthony Lipscomb,
Pro-se

Date: January 9, 2023

☐ Please check box if below address is incorrect and indicate change(s) on reverse side.

CTA████
PO Box ████
Oaks PA  19456-1280
ADDRESS SERVICE REQUESTED

December 29, 2022

IF PAYING BY CREDIT CARD, FILL OUT BELOW • CHECK CARD USING FOR PAYMENT

☐ MASTERCARD  ☐ DISCOVER  ☐ AMEX  ☐ VISA

| CARD NUMBER | 3 DIGIT CODE | EXP. DATE |
|---|---|---|
| SIGNATURE | | $ AMOUNT ENCLOSED |
| ACCOUNT NUMBER | | TOTAL DUE |
| 1114070-████ | | $814.35 |
| ████ NAME | | STATEMENT DATE |
| Anthony Lipscomb | | December 29, 2022 |

---

☐ Please check box if below address is incorrect and indicate change(s) on reverse side.

CTA████
PO Box ████
Oaks PA  19456-1280
ADDRESS SERVICE REQUESTED

December 29, 2022

IF PAYING BY CREDIT CARD, FILL OUT BELOW • CHECK CARD USING FOR PAYMENT

☐ MASTERCARD  ☐ DISCOVER  ☐ AMEX  ☐ VISA

| CARD NUMBER | 3 DIGIT CODE | EXP. DATE |
|---|---|---|
| SIGNATURE | | $ AMOUNT ENCLOSED |
| ACCOUNT NUMBER | | TOTAL DUE |
| 1114070-████ | | $814.35 |
| ████ NAME | | STATEMENT DATE |
| Anthony Lipscomb | | December 29, 2022 |