UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANTHONY LIPSCOMB<br>*Plaintiff,*<br><br>v.<br><br>STATE OF RHODE ISLAND, et al.<br>*Defendants.* | C.A. No. 1:22-cv-00319-MRD-AEM |

## **NOTICE OF ACCEPTANCE OF CONDITIONAL APPOINTMENT**

Pursuant to the Court's January 13, 2026 order, Attorney Daniel J. Procaccini and Adler Pollock & Sheehan P.C. hereby accept appointment as *pro bono* counsel for Plaintiff Anthony Lipscomb in this matter subject to the following conditions:

(1)  The scope of counsel's appointment and engagement is expressly limited to representing Mr. Lipscomb at his deposition in the above-captioned matter.

(2)  Counsel, with the consent of Mr. Lipscomb, shall file a Motion to Withdraw the pending Motion to Quash (ECF No. 67).

Respectfully submitted,

*/s/ Daniel J. Procaccini*
Daniel J. Procaccini (#8552)
Adler Pollock & Sheehan P.C.
100 Westminster Street, 16th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604
dprocaccini@apslaw.com
DATE: January 29, 2026

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I filed the within document via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF System to counsel of record on this 26th day of January 2026.

    */s/ Daniel J. Procaccini*

4936-0200-7435, v. 1